Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−12043−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Frank M. Rampino
   20 Beacon Blvd Apt. 1
   Keansburg, NJ 07734

Social Security No.:
   xxx−xx−9350

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on February 1, 2017 and a confirmation hearing on such Plan has been scheduled for June 21, 2017.

The debtor filed a Modified Plan on June 20, 2017 and a confirmation hearing on the Modified Plan is scheduled for August 2, 2017 at 10:00am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: June 21, 2017
JAN: pbf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Frank M. Rampino
    Debtor

Case No. 17-12043-CMG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3　　　User: admin　　　Page 1 of 1　　　Date Rcvd: Jun 21, 2017
　　　　　　　　　　　　　Form ID: 186　　　Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2017.
```
db               +Frank M. Rampino,    20 Beacon Blvd Apt. 1,    Keansburg, NJ 07734-1806
516625005         Astoria Bank,    C/O Martin A. Bientsock,    36-35 Bell Boulevard,    PO BOX 610700,
                   Bayside, NY 11361-0700
516625006         Astoria Federal Savings and Loan,    C/O Martin A. Bienstock,    36-35 Bell Boulevard,
                   PO BOX 610700,    Bayside, NY 11361-0700
516868795        +Astoria Federal Svgs. Bank,    302 E. 19th St., Ste 2A,    New York, NY 10003-2889
516625007         City Medical Of Upper East Side,    East Side PLLC,    Uniondale, NY 11556
516625008        +ENT & Allergy Associates,    PO BOX 5002,    White Plains, NY 10602-5002
516625010        +Mount Sinai Beth Israel,    118 Lukens Drive,    New Castle, DE 19720-2727
516625011        +Nancy Nieves,    20 Beacon Blvd Apt 1,    Keansburg, NJ 07734-1806
516625013        +New York Presbyterian,    PO BOX 9305,    New York, NY 10087-2305
516625015        +PNC Bank,    C/O KML Law Group LLC,    701 Market St #5000,    Philadelphia, PA 19106-1541
516866641        +PNC Bank, NA,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
516625014        +Parviz K. Benhuri MD,    524 E 72nd Street,    New York, NY 10021-9801
516625016         Steven Mandel MD PC,    New York, NY 10028
516625017         TD BANK,    C/O Central Credit Services LLC,    20 Corporate Hills Drive,
                   Saint Charles, MO 63301-3749
516625018        +Verizon,    C/O Convergent Outsourcing Inc,    800 SW 39th Street,    PO BOX 9004,
                   Renton, WA 98057-9004
516625019        +West Side Radiology,    1790 Broadway,    New York, NY 10019-1412
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg               E-mail/Text: usanj.njbankr@usdoj.gov Jun 21 2017 22:17:41      U.S. Attorney,    970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg              +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 21 2017 22:17:37      United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                   Newark, NJ 07102-5235
516760174         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 21 2017 22:21:28
                   American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                   Oklahoma City, OK  73124-8838
516625009         E-mail/Text: bkrpt@retrievalmasters.com Jun 21 2017 22:17:37      EZ PASS,
                   C/O RMCB Collection Agency,    PO BOX 1235,    Elmsford, NY 10523-0935
516677634        +E-mail/PDF: gecsedi@recoverycorp.com Jun 21 2017 22:11:46      Synchrony Bank,
                   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 5
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516625012*       +Nancy Nieves,    20 Beacon Blvd Apt 1,    Keansburg, NJ 07734-1806
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2017　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2017 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Paul N. Mirabelli    on behalf of Debtor Frank M. Rampino pmirabelli@verizon.net
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```