UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Frank M. Rampino

Case No.: 17-12043
Chapter: 13
Judge: CMG

## NOTICE OF PROPOSED PRIVATE SALE

_____Frank M. Rampino_____, _____Debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: 402 East State Street, Trenton, NJ 08650

If an objection is filed, a hearing will be held before the Honorable _____Christine M. Gravelle_____ on _____March 20, 2019_____ at __9:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3__, _____402 East State Street, Trenton, NJ 08650_____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:
One-Sixth interest in real property located at 135A Amberly Drive, Manalapan, NJ 07751

Proposed Purchaser: KMG Holdings, LLC

Sale price: $30,083.33

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Keller Williams Realty West Monmouth
Amount to be paid: $9025.00
Services rendered: Listing and sale of property

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Paul N. Mirabelli, Esq.

Address: 3400 Highway 35, Ste. 4, Hazlet, NJ 07730

Telephone No.: 732-264-3880

*rev.8/1/15*

```
                         United States Bankruptcy Court
                               District of New Jersey
In re:                                                              Case No. 17-12043-CMG
Frank M. Rampino                                                    Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 1         Date Rcvd: Feb 14, 2019
                              Form ID: pdf905             Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2019.
db             +Frank M. Rampino,    20 Beacon Blvd Apt. 1,    Keansburg, NJ 07734-1806
516625005       Astoria Bank,    C/O Martin A. Bientsock,   36-35 Bell Boulevard,    PO BOX 610700,
                 Bayside, NY 11361-0700
516625006       Astoria Federal Savings and Loan,    C/O Martin A. Bienstock,    36-35 Bell Boulevard,
                 PO BOX 610700,   Bayside, NY 11361-0700
516868795      +Astoria Federal Svgs. Bank,    302 E. 19th St., Ste 2A,    New York, NY 10003-2889
516625007       City Medical Of Upper East Side,    East Side PLLC,   Uniondale, NY 11556
516625008      +ENT & Allergy Associates,    PO BOX 5002,   White Plains, NY 10602-5002
516625010      +Mount Sinai Beth Israel,    118 Lukens Drive,   New Castle, DE 19720-2727
516625011      +Nancy Nieves,    20 Beacon Blvd Apt 1,   Keansburg, NJ 07734-1806
516625013      +New York Presbyterian,    PO BOX 9305,   New York, NY 10087-2305
516625015      +PNC Bank,    C/O KML Law Group LLC,   701 Market St #5000,    Philadelphia, PA 19106-1541
516866641      +PNC Bank, NA,    3232 Newmark Drive,   Miamisburg, OH 45342-5421
516625014      +Parviz K. Benhuri MD,    524 E 72nd Street,   New York, NY 10021-9801
516625016       Steven Mandel MD PC,    New York, NY 10028
516625017       TD BANK,    C/O Central Credit Services LLC,    20 Corporate Hills Drive,
                 Saint Charles, MO 63301-3749
516625018      +Verizon,    C/O Convergent Outsourcing Inc,   800 SW 39th Street,    PO BOX 9004,
                 Renton, WA 98057-9004
516625019      +West Side Radiology,    1790 Broadway,   New York, NY 10019-1412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 15 2019 00:14:32     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 15 2019 00:14:30      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516760174       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 15 2019 00:18:19
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
516625009       E-mail/Text: bkrpt@retrievalmasters.com Feb 15 2019 00:14:28      EZ PASS,
                 C/O RMCB Collection Agency,    PO BOX 1235,   Elmsford, NY 10523-0935
516677634      +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2019 00:18:03      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516625012*     +Nancy Nieves,    20 Beacon Blvd Apt 1,   Keansburg, NJ 07734-1806
                                                                                    TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2019 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Paul N. Mirabelli    on behalf of Debtor Frank M. Rampino pmirabelli@verizon.net,
               n.pr72254@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```