UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Paul N. Mirabelli, Esq.
3400 Highway 35, Ste. 3
Hazlet, New Jerey 07730
732-264-380
Attorney ID No.:   029371985

Order Filed on March 21, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Frank M. Rampino

Case No.:       17-12043 CMG

Hearing Date:  03/20/2019 at 9:00 a.m.

Chapter:         13

Judge:            CMG

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

Recommended Local Form:     ☐ Followed     x Modified

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: March 21, 2019**

*Christine M. Gravelle*

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtors: Frank M. Rampino
Case No. 17-12043 CMG
Caption of Order: Order Authorizing Debtors' Sale of Real Property
Section 363

Upon debtors' motion for authorization to sell the real property commonly known as 135A Ambery Drive, Manalapan, New Jersey, (the Real Property),

It is hereby ORDERED as follows:

1. Debtors are authorized to sell the Real Property upon the terms and conditions of the Contract of Sale pursuant to 11 U.S.C.§§363(b) and 1303.

2. The proceeds of the sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. In accordance with D.N.J. LBR 6004-5, the Notice of Proposed Private Sale included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professionals may be paid at closing.

Name of Professional: Keller Williams West Monmouth

Amount to be paid: $9025.00

Services Rendered: Real Estate Listing and Sale of Property

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made a closing.

5. The Amount of $13,000.00 claimed as exempt may be paid to the Debtor.

6. The balance of the proceeds allocated to the Debtor's interest must be paid to the

Chapter 13 Trustee in the Debtor's Case.

7. A copy of the HUD-1 Settlement Statement must be forwarded to the Chapter 13 Trustee 7 days after closing.