UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Paul N. Mirabelli, Esq.
3400 Highway 35, Ste. 3
Hazlet, New Jerey 07730
732-264-380
Attorney ID No.: 029371985

Order Filed on March 21, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Frank M. Rampino

Case No.: 17-12043 CMG

Hearing Date: 03/20/2019 at 9:00 a.m.

Chapter: 13

Judge: CMG

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

Recommended Local Form:   ☐ Followed    x Modified

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: March 21, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtors: Frank M. Rampino
Case No. 17-12043 CMG
Caption of Order: Order Authorizing Debtors' Sale of Real Property
Section 363

---

Upon debtors' motion for authorization to sell the real property commonly known as 135A Ambery Drive, Manalapan, New Jersey, (the Real Property),

It is hereby ORDERED as follows:

1. Debtors are authorized to sell the Real Property upon the terms and conditions of the Contract of Sale pursuant to 11 U.S.C.§§363(b) and 1303.

2. The proceeds of the sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. In accordance with D.N.J. LBR 6004-5, the Notice of Proposed Private Sale included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professionals may be paid at closing.

Name of Professional: Keller Williams West Monmouth

Amount to be paid: $9025.00

Services Rendered: Real Estate Listing and Sale of Property

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made a closing.

5. The Amount of $13,000.00 claimed as exempt may be paid to the Debtor.

6. The balance of the proceeds allocated to the Debtor's interest must be paid to the

page 3

Chapter 13 Trustee in the Debtor's Case.

7. A copy of the HUD-1 Settlement Statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

United States Bankruptcy Court
District of New Jersey

In re:                                                                               Case No. 17-12043-CMG
Frank M. Rampino                                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 1              Date Rcvd: Mar 22, 2019
                              Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2019.
db              +Frank M. Rampino,    20 Beacon Blvd Apt. 1,    Keansburg, NJ 07734-1806

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2019                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2019 at the address(es) listed below:
        Albert   Russo    docs@russotrustee.com
        Brian C. Nicholas     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
         bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Denise E. Carlon     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Paul N. Mirabelli    on behalf of Debtor Frank M. Rampino pmirabelli@verizon.net,
         n.pr72254@notify.bestcase.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                             TOTAL: 5