# United States Bankruptcy Court
## District of New Jersey

| | | |
|---|---|---|
| In re  **Frank M. Rampino** | Case No. | **17-12043** |
| Debtor(s) | Chapter | **13** |

## MOTION TO CONVERT CASE FROM CHAPTER 13 TO CHAPTER 7

Pursuant to 11 U.S.C. § 1307(a), the above-named Debtor(s) requests that this court enter an Order converting this case under Chapter 13 to a case under Chapter 7 of the Bankruptcy code (title 11 of the United States Code), on the grounds set forth below.

1. On **February 1, 2017**, the above-named Debtor(s) filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

2. This case has not been previously converted.

3. Debtor is eligible to be debtor under Chapter 7 of the Bankruptcy Code.

WHEREFORE, Debtor(s) prays for an Order converting this case under Chapter 13 to Chapter 7 of the Bankruptcy Code.

Date **February 20, 2020**   Signature  **/s/ Frank M. Rampino**
Frank M. Rampino
Debtor

Attorney  **/s/ Paul N. Mirabelli, Esq.**
**Paul N. Mirabelli, Esq. 029371985**

Paul N. Mirabelli, Esq.
3400 Highway 35
Suite 4
Hazlet, NJ 07730
732-264-3880
Fax: 732-264-7084
pmirabelli@verizon.net