**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1: | Frank M. Rampino <br> First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–9350 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2: <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 7    2/1/17 |
| Case number: | 17–12043–CMG | Date case reconverted to chapter: | 7    2/20/20 |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Frank M. Rampino | |
| 2. | **All other names used in the last 8 years** | aka Michael F Rampino | |
| 3. | **Address** | 20 Beacon Blvd Apt. 1 <br> Keansburg, NJ 07734 | |
| 4. | **Debtor's attorney** <br> Name and address | Paul N. Mirabelli <br> Law Office of Paul N. Mirabelli <br> 3400 Highway 35 <br> PO Box 378 <br> Hazlet, NJ 07730 | Contact phone (732) 264–3880 <br><br> Email: pmirabelli@verizon.net |
| 5. | **Bankruptcy trustee** <br> Name and address | Daniel E. Straffi <br> Straffi & Straffi, LLC <br> 670 Commons Way <br> Toms River, NJ 08755 | Contact phone 732–341–3800 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| 6. **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 402 East State Street <br> Trenton, NJ 08608 <br> Additional information may be available at the Court's Web Site: <br> www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays) <br><br> Contact phone 609–858–9333 <br><br> Date: 2/21/20 |
|---|---|---|
| 7. **Meeting of creditors** <br><br> **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.** <br><br> All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **April 15, 2020 at 12:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608–1507** |
| 8. **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). <br><br> **WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 6/15/20** |
| | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                                   Case No. 17-12043-CMG
Frank M. Rampino                                                         Chapter 7
            Debtor
                                 CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 1                  Date Rcvd: Feb 21, 2020
                              Form ID: 309A               Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2020.
db             +Frank M. Rampino,    20 Beacon Blvd Apt. 1,    Keansburg, NJ 07734-1806
516625005       Astoria Bank,    C/O Martin A. Bientsock,    36-35 Bell Boulevard,    PO BOX 610700,
                 Bayside, NY 11361-0700
516625006       Astoria Federal Savings and Loan,    C/O Martin A. Bienstock,    36-35 Bell Boulevard,
                 PO BOX 610700,    Bayside, NY 11361-0700
516868795      +Astoria Federal Svgs. Bank,    302 E. 19th St., Ste 2A,    New York, NY 10003-2889
516625007       City Medical Of Upper East Side,    East Side PLLC,    Uniondale, NY 11556
516625008      +ENT & Allergy Associates,    PO BOX 5002,    White Plains, NY 10602-5002
516625010      +Mount Sinai Beth Israel,    118 Lukens Drive,    New Castle, DE 19720-2727
516625011      +Nancy Nieves,    20 Beacon Blvd Apt 1,    Keansburg, NJ 07734-1806
516625013      +New York Presbyterian,    PO BOX 9305,    New York, NY 10087-2305
516625015      +PNC Bank,    C/O KML Law Group LLC,    701 Market St #5000,    Philadelphia, PA 19106-1541
516866641      +PNC Bank, NA,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
516625014      +Parviz K. Benhuri MD,    524 E 72nd Street,    New York, NY 10021-9801
516625016       Steven Mandel MD PC,    New York, NY 10028
516625017     ++++TD BANK,    C/O CENTRAL CREDIT SERVICES LLC,    2070 LITTLE HILLS EXPY,
                 SAINT CHARLES MO 63301-3708
                (address filed with court:  TD BANK,    C/O Central Credit Services LLC,
                 20 Corporate Hills Drive,    Saint Charles, MO 63301-3749)
516625019      +West Side Radiology,    1790 Broadway,    New York, NY 10019-1412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: pmirabelli@verizon.net Feb 22 2020 00:41:05      Paul N. Mirabelli,
                 Law Office of Paul N. Mirabelli,    3400 Highway 35,    PO Box 378,    Hazlet, NJ   07730
tr             +EDI: QDESTRAFFI.COM Feb 22 2020 05:28:00      Daniel E. Straffi,    Straffi & Straffi, LLC,
                 670 Commons Way,    Toms River, NJ 08755-6431
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 22 2020 00:41:47      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 22 2020 00:41:45      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516760174       EDI: AIS.COM Feb 22 2020 05:28:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK   73124-8838
516625009       EDI: RMCB.COM Feb 22 2020 05:28:00      EZ PASS,    C/O RMCB Collection Agency,    PO BOX 1235,
                 Elmsford, NY 10523-0935
516677634      +EDI: RMSC.COM Feb 22 2020 05:28:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
516625018      +EDI: CONVERGENT.COM Feb 22 2020 05:28:00      Verizon,    C/O Convergent Outsourcing Inc,
                 800 SW 39th Street,    PO BOX 9004,    Renton, WA 98057-9004
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516625012*     +Nancy Nieves,    20 Beacon Blvd Apt 1,    Keansburg, NJ 07734-1806
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2020 at the address(es) listed below:
NONE.                                                                                        TOTAL: 0
```