UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Rampino, Frank M.

Case No.: 17-12043
Chapter: 7
Judge: CMG

### NOTICE OF PROPOSED ABANDONMENT

__Daniel E. Straffi__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | 402 East State Street<br>Trenton, NJ 08608 |

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __June 30, 2020__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| | |
|---|---|
| Description and value of property: | 20 Beacon Blvd.<br>Keansburg, NJ<br>FMV - +/-$ 120,000.00 |

| | |
|---|---|
| Liens on property: | PNC Bank $ 313,776.96<br>Astoria Bank- $58,459.92<br>Total Liens- $372,236.88<br><br>Plus 10% Estimated Costs of Sale |

| | |
|---|---|
| Amount of equity claimed as exempt: | $-0- |

Objections must be served on, and requests for additional information directed to:

Name: Daniel E. Straffi, Esq.
Address: 670 Commons Way Toms River, NJ 08755
Telephone No.: 732-341-3800

*rev.8/1/15*

```
                         United States Bankruptcy Court
                             District of New Jersey
In re:                                                                   Case No. 17-12043-CMG
Frank M. Rampino                                                         Chapter 7
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                  Page 1 of 2             Date Rcvd: May 29, 2020
                               Form ID: pdf905              Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2020.
db             +Frank M. Rampino,    20 Beacon Blvd Apt. 1,    Keansburg, NJ 07734-1806
516625005       Astoria Bank,    C/O Martin A. Bientsock,   36-35 Bell Boulevard,    PO BOX 610700,
                 Bayside, NY 11361-0700
516625006       Astoria Federal Savings and Loan,    C/O Martin A. Bienstock,    36-35 Bell Boulevard,
                 PO BOX 610700,    Bayside, NY 11361-0700
516868795      +Astoria Federal Svgs. Bank,    302 E. 19th St., Ste 2A,    New York, NY 10003-2889
516625007       City Medical Of Upper East Side,    East Side PLLC,    Uniondale, NY 11556
516625008      +ENT & Allergy Associates,    PO BOX 5002,   White Plains, NY 10602-5002
516625010      +Mount Sinai Beth Israel,    118 Lukens Drive,   New Castle, DE 19720-2727
516625011      +Nancy Nieves,    20 Beacon Blvd Apt 1,    Keansburg, NJ 07734-1806
516625013      +New York Presbyterian,    PO BOX 9305,   New York, NY 10087-2305
516625015      +PNC Bank,    C/O KML Law Group LLC,    701 Market St #5000,    Philadelphia, PA 19106-1541
516866641      +PNC Bank, NA,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
516625014      +Parviz K. Benhuri MD,    524 E 72nd Street,    New York, NY 10021-9801
516625016       Steven Mandel MD PC,    New York, NY 10028
516625017    ++++TD BANK,    C/O CENTRAL CREDIT SERVICES LLC,    2070 LITTLE HILLS EXPY,
                 SAINT CHARLES MO   63301-3708
                (address filed with court:   TD BANK,    C/O Central Credit Services LLC,
                 20 Corporate Hills Drive,    Saint Charles, MO 63301-3749)
516625019      +West Side Radiology,    1790 Broadway,   New York, NY 10019-1412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 30 2020 00:28:38       U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 30 2020 00:28:34       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516760174       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 30 2020 00:35:37
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK   73124-8838
516625009       E-mail/Text: bkrpt@retrievalmasters.com May 30 2020 00:28:34       EZ PASS,
                 C/O RMCB Collection Agency,    PO BOX 1235,    Elmsford, NY 10523-0935
516677634      +E-mail/PDF: gecsedi@recoverycorp.com May 30 2020 00:33:54       Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516625018      +E-mail/Text: convergent@ebn.phinsolutions.com May 30 2020 00:29:03       Verizon,
                 C/O Convergent Outsourcing Inc,    800 SW 39th Street,    PO BOX 9004,    Renton, WA 98057-9004
                                                                                               TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516625012*     +Nancy Nieves,    20 Beacon Blvd Apt 1,    Keansburg, NJ 07734-1806
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2020                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2020 at the address(es) listed below:
          Brian C. Nicholas    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
           bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          Daniel E. Straffi    bktrustee@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
           osfs.com
```

```
District/off: 0312-3          User: admin                Page 2 of 2                  Date Rcvd: May 29, 2020
                              Form ID: pdf905            Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,
         G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
         osfs.com
        Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Paul N. Mirabelli    on behalf of Debtor Frank M. Rampino pmirabelli@verizon.net,
         n.pr72254@notify.bestcase.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                   TOTAL: 6